IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:21-po-00277-DB |
| | ) | |
| Plaintiff, | ) | **ORDER TO DISMISS** |
| | ) | |
| v. | ) | |
| | ) | |
| DONALD L. MCCREARY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

    It is hereby ordered that the plaintiff United States of
America's Motion to Dismiss without prejudice Case Number 2:21-po-
00277-DB is **GRANTED.**

    IT IS SO ORDERED.

Dated:  January 19  2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE